JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RJ Financial Inc. | ) | Case No. CV 15-06140 DDP |
|    In Re Debtor, | ) | **ORDER OF DISMISSAL** |
|    v. | ) | |
| Randy Albalkhad, | ) | |
|          Appellant, | ) | |
|    v. | ) | |
| David Seror, | ) | |
|          Appellee | ) | |

    THE COURT having ordered the Appellant to show cause in writing, not later than August 15, 2017, why this Appeal should not be dismissed for lack of prosecution and Appellant having failed to respond,

    THE COURT ORDERS that this Appeal be, and hereby is, dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court and Local Rule 12.

//

//

The Clerk shall E:mail a copy of this Order to all counsel.

Dated: November 1, 2017

DEAN D. PREGERSON
United States District Judge